MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Taylor_____ JAD/TPA/CMB/**GLT**

Case Number: __18-24463__

Date of Meeting: __3/14/19__    Recording # __15__
Debtor(s) present __✓__ or Not Present ____ (__ No Payments Made or __✓__ partial payments)
Attorney for debtor(s) __Robinson_____ (Present __✓__ or Not Present ____)
Date of Plan at § 341: __11/28/18__ Applicable commitment period __✓__ 3 yrs ___ 5 yrs

Debtor wasn't sure if he filed 2016 Return. Meeting adjourned for confirmation

FILED
2019 MAR -7 PM 2:58
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

____ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD
    ____ Order to Show Cause Requested
    ____ To be rescheduled by Clerk
__✓__ Confirmation Order recommended ____ Final __✓__ Interim
____ Amended Plan due: _____; Objections due: _____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
    ____ 341 Meeting  OR  __✓__ Conciliation Conf. OR ____ *Contested Hearing
    On __5/23/19__ at __11:30__ am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee