# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** ROBERT M. TAYLOR
- **Case Number:** 18-24463-GLT     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MAY 23, 2019 11:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

# - Final Confirmation of Plan Dated 11/28/2018 (NFC)
R / M #:  0 / 0

### *Appearances:*

Debtor: Eisen
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 6/7/19.
   Objections are due on or before 6/28/19.
   A hearing on the Amended Plan is set for 7/11/19 at 11:30.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/15/2019    3:23:54PM