IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Robert M. Taylor, | ) | CASE NO. 18-24463-GLT |
|     Debtor. | ) | CHAPTER 13 |
| | ) | ADVERSARY NO. |
| | ) | |
| Robert M. Taylor, | ) | |
|     Movant and Plaintiff, | ) | Related to Document No. |
| | ) | |
| v. | ) | Hearing Date and Time: |
| | ) | 7-11-2019 at 11:30 a.m |
| | ) | |
| DT Security Services,American Servicing Co., | ) | |
| At&T Mobility,Dish Network,Duquesne Light | ) | |
| Company,Oakmont Water Authority,Ocwen | ) | |
| Mortgage,Peoples Natural Gas,Verizon Wireless, | ) | |
| Ronda J. Winnecour, Trustee | | |

**CERTIFICATE OF SERVICE OF ORDER AND AMENDED PALN DATED 6-7-2019**

    I certify under penalty of perjury that I served above captioned pleading on the parties at the addresses specified below or on the attached list on   6/7/2019   .

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or other types of service) was   First-Class Mail   .

    If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification." and those served by mail will be listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| 6/7/2019 | Franklin L. Robinson Jr.,  Esquire    /s/ |
| Date | Franklin L. Robinson Jr., Esquire |
| | 5907 Penn Ave., |
| | Suite 200 |
| | Pittsburgh, PA 15206 |
| | (412) 363-6685 |
| | PA ID No. #74464 |
| | Frobin69704@aol.com |

TAYLOR

ADT Security Services
P.O. Box 371490
Pittsburgh, PA  15250-7490

American Servicing Co.
P.O. Box 1820
Newark, NJ  07101


At&T Mobility
P.O. Box 6416
Carol Stream, IL  60197


Dish Network
P.O. Box 94063
Palatine, IL  60094


Duquesne Light Company
P.O. Box 67
Pittsburgh, PA  15267


Oakmont Water Authority
P.O. Box 73
Oakmont, PA  15139-0073


Ocwen Mortgage
P.O. Box 9001719
Louisville, KY  40290


Peoples Natural Gas
P.O. Box 644760
Pittsburgh, PA  15264

Ronda J. Winnecour, Trustee
U,S, Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Verizon Wireless
P.O. Box 15124
Albany, NY  12212-5124