# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** ROBERT M. TAYLOR
- **Case Number:** 18-24463-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 11, 2019  11:30 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#54 - Amended Plan Dated 11/28/18 (NFC)
R / M #: 54 / 0

### *Appearances:*

Debtor: Robinson
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

### *Proceedings:*

Outcome:

1. \_\_\_ Case Converted to Chapter 7
2. \_\_\_ Case Converted to Chapter 11
3. \_\_\_ Case Dismissed without Prejudice
4. \_\_\_ Case Dismissed with Prejudice
5. \_\_\_ Debtor is to inform Court within \_\_\_ days their preference to Convert or Dismiss
6. \_\_\_ The plan payment/term is increased/extended to \_\_\_, effective \_\_\_.
7. ✓ Plan/Motion continued to  9-12-19  at  9:00 .

8. \_\_\_ An Amended Plan is to be served on all creditors and certificate of service filed by \_\_\_.
   Objections are due on or before \_\_\_.
   A hearing on the Amended Plan is set for \_\_\_ at \_\_\_.

9. ✓ Contested Hearing: \_\_\_ at \_\_\_.
10. ✓ Other:

continue for tax return