IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA,

| | | |
|---|---|---|
| IN RE: | ) | |
| Robert M. Taylor, | ) | CASE NO. 18-24463-GLT |
| Debtor. | ) | CHAPTER 13 |
| | ) | ADVERSARY NO. |
| | ) | |
| Robert M. Taylor, | ) | |
| Movant and Plaintiff, | ) | Related to Document No. |
| | ) | |
| v. | ) | Hearing Date and Time: |
| | ) | 9/12/2019 at 9:00 a.m |
| | ) | |
| DT Security Services,American Servicing Co., | ) | |
| At&T Mobility,Dish Network,Duquesne Light | ) | |
| Company,Oakmont Water Authority, PHH Mortage | ) | |
| c/o Ocwen Mortgage,Peoples Natural Gas,Verizon | ) | |
| Wireless,Ronda J. Winnecour, Trustee | ) | |

CERTIFICATE OF SERVICE OF ORDER DATED AUGUST 8, 2019 AND AMENDED
CHAPTER 13 PLAN DATED AUGUST 7, 2019

I certify under penalty of perjury that I served above captioned pleading on the parties at the addresses specified below or on the attached list on 8/14/2019 .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or other types of service) was   First-Class Mail   .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification." and those served by mail will be listed under the heading "Service by First-Class Mail."

8/14/2019                              Franklin L. Robinson Jr.,  Esquire     /s/
Date                                   Franklin L. Robinson Jr., Esquire
                                       5907 Penn Avenue
                                       Suite 200
                                       Pittsburgh, PA 15206
                                       (412) 363-6685
                                       PA ID No. #74464
                                       Frobi69704@aol.com

TAYLOR

ADT Security Services
P.O. Box 371490
Pittsburgh, PA  15250-7490

American Servicing Co.
P.O. Box 1820
Newark, NJ  07101

At&T Mobility
P.O. Box 6416
Carol Stream, IL  60197

Dish Network
P.O. Box 94063
Palatine, IL  60094

Duquesne Light Company
P.O. Box 67
Pittsburgh, PA  15267

Oakmont Water Authority
P.O. Box 73
Oakmont, PA  15139-0073

Ocwen Mortgage
P.O. Box 9001719
Louisville, KY  40290

Peoples Natural Gas
P.O. Box 644760
Pittsburgh, PA  15264

Ronda J. Winnecour, Trustee
U,S, Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Verizon Wireless
P.O. Box 15124
Albany, NY  12212-5124