UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/30/19 11:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:
Robert M. Taylor,　　　　　　　　　　　　　)　　Case No. 18-24463-GLT
　　　　Debtor.　　　　　　　　　　　　　　)　　Judge Gregory L. Taddonio
_____　　　)
Ronda J. Winnecour, Trustee and　　　　　　 )　　Chapter 13
Robert M. Taylor, Debtor　　　　　　　　　　)　　Motion No.: WO-1
　　　　　　　　　　　　　　　　　　　　　 )
　　　　Movants,　　　　　　　　　　　　　　)　　Related to Dkt. No. 68
　　　　　　　　　　　　　　　　　　　　　 )
　　　　Vs.　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　 )
Kingsley Association,　　　　　　　　　　　　)
　　　　Respondents.　　　　　　　　　　　　)
SSN(1) 9774　　　　　　　　　　　　　　　　)
SSN(2)

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

　　　　The above-named debtor (s) having filed a Chapter 13 petition and debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 plan
　　　　IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the debtor receives income:

　　　　　　　　Kingsley Association,.
　　　　　　　　Attn: Payroll Manager
　　　　　　　　6435 Frankstown Avenue
　　　　　　　　Pittsburgh, PA 15206

shall deduct from said income the sum of  $767.50 bi-weekly  beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

　　　　　　　　RONDA J. WINNECOUR
　　　　　　　　CHAPTER 13 TRUSTEE, W.D. PA
　　　　　　　　P.O Box 84051
　　　　　　　　CHICAGO, IL 60689-4002

　　　　IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.
　　　　IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.
　　　　IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.
　　　　IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.
　　　　IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.
IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED: September 30, 2019

_____
GREGORY L. TADDONIO　　　　jah
U.S. BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 18-24463-GLT
Robert M. Taylor                                                    Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: aala                  Page 1 of 1         Date Rcvd: Sep 30, 2019
                              Form ID: pdf900             Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db             +Robert M. Taylor,    111 Crescent Hills Road,    Pittsburgh, PA 15235-1802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
              Franklin L. Robinson, Jr.    on behalf of Plaintiff Robert M. Taylor frobi69704@aol.com,
               flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
              Franklin L. Robinson, Jr.    on behalf of Debtor Robert M. Taylor frobi69704@aol.com,
               flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    Specialized Loan Servicing as servicer for SG Mortgage
               Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2, U.S. Bank National
               Association, as Trustee bkgroup@kmllawgroup.com
              Jennifer L. Cerce     on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 8
```