**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert M. Taylor** | : | Case No. 18−24463−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 78 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      **AND NOW,** this ***The 2nd of December, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

      (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-24463-GLT
Robert M. Taylor                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel            Page 1 of 2            Date Rcvd: Dec 02, 2019
                             Form ID: 309          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2019.
db         +Robert M. Taylor,    111 Crescent Hills Road,   Pittsburgh, PA 15235-1802
cr         +SG Mortgage Securities Trust 2006-FRE2,    14841 DALLAS PARKWAY, SUITE 425,
             Dallas, TX 75254-8067
14949076   +American Servicing Co.,    P.O. Box 1820,   Newark, NJ 07101-1820
14949079   +Duquesne Light Company,    P.O. Box 67,   Pittsburgh, PA 15267-0067
14949080    Oakmont Water Authority,    P.O. Box 73,   Oakmont, PA 15139-0073
14949081   +Ocwen Mortgage,    P.O. Box 9001719,   Louisville, KY 40290-1719
14955487   +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,   100 Purity Road, Suite 3,
             Pittsburgh, PA 15235-4441
14949082   +Peoples Natural Gas,    P.O. Box 644760,   Pittsburgh, PA 15264-4760
14975168   +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
14976950   +The Bank of Missouri,    PO Box 105555,   Atlanta, GA 30348-5555
14982464   +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14949075    E-mail/Text: amscbankruptcy@adt.com Dec 03 2019 03:55:54    ADT Security Services,
             P.O. Box 371490,   Pittsburgh, PA 15250-7490
14949077   +EDI: CINGMIDLAND.COM Dec 03 2019 08:38:00    At&T Mobility,   P.O. Box 6416,
             Carol Stream, IL 60197-6416
14949078   +EDI: ESSL.COM Dec 03 2019 08:38:00    Dish Network,   P.O. Box 94063,
             Palatine, IL 60094-4063
14979802   +E-mail/Text: kburkley@bernsteinlaw.com Dec 03 2019 03:55:49    Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,   707 Grant St.,   Suite 2200, Gulf Tower,
             Pittsburgh, PA 15219-1945
14972140    EDI: ECMC.COM Dec 03 2019 08:38:00    ECMC,   PO Box 16408,   ST. PAUL, MN 55116-0408
14970057    E-mail/PDF: resurgentbknotifications@resurgent.com Dec 03 2019 04:07:21    LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14977366    EDI: AIS.COM Dec 03 2019 08:38:00    Verizon,   by American InfoSource as agent,
             PO Box 248838,   Oklahoma City, OK 73124-8838
14949083    EDI: VERIZONCOMB.COM Dec 03 2019 08:38:00    Verizon Wireless,   P.O. Box 15124,
             Albany, NY 12212-5124
                                                                                 TOTAL: 8


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Specialized Loan Servicing as servicer for SG Mort
cr*        +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
             707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
cr*        +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,   100 Purity Road,  Suite 3,
             Pittsburgh, PA 15235-4441
cr*        +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
14956406*   ADT Security Services,    P.O. Box 371490,   Pittsburgh, PA 15250-7490
14956407*  +American Servicing Co.,    P.O. Box 1820,   Newark, NJ 07101-1820
14956408*  +At&T Mobility,    P.O. Box 6416,   Carol Stream, IL 60197-6416
14956409*  +Dish Network,    P.O. Box 94063,   Palatine, IL 60094-4063
14956410*  +Duquesne Light Company,    P.O. Box 67,   Pittsburgh, PA 15267-0067
14956411*  +Oakmont Water Authority,    P.O. Box 73,   Oakmont, PA 15139-0073
14956412*  +Ocwen Mortgage,    P.O. Box 9001719,   Louisville, KY 40290-1719
14956413*  +Peoples Natural Gas,    P.O. Box 644760,   Pittsburgh, PA 15264-4760
14956414*   Verizon Wireless,    P.O. Box 15124,   Albany, NY 12212-5124
                                                                      TOTALS: 1, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                            Signature:  /s/Joseph Speetjens

District/off: 0315-2            User: jhel                Page 2 of 2              Date Rcvd: Dec 02, 2019
                               Form ID: 309              Total Noticed: 19

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2019 at the address(es) listed below:
        Franklin L. Robinson, Jr.   on behalf of Plaintiff Robert M. Taylor frobi69704@aol.com,
     flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
        Franklin L. Robinson, Jr.   on behalf of Debtor Robert M. Taylor frobi69704@aol.com,
     flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
        James Warmbrodt   on behalf of Creditor   Specialized Loan Servicing as servicer for SG Mortgage
     Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2, U.S. Bank National
     Association, as Trustee bkgroup@kmllawgroup.com
        Jennifer L. Cerce   on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
        Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
     jbluemle@bernsteinlaw.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
     srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                       TOTAL: 8