**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROBERT M. TAYLOR

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:18-24463 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/14/2018 and confirmed on 03/08/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 12,008.68 |
| Less Refunds to Debtor | 1,535.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,473.68 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,836.27 | |
| Trustee Fee | 426.89 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,263.16 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| SG MORTGAGE SECURITIES TRUST 2006-F<br>Acct: 6554 | 0.00 | 7,210.52 | 0.00 | 7,210.52 |
| SG MORTGAGE SECURITIES TRUST 2006-F<br>Acct: 6554 | 14,863.78 | 0.00 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC(*)<br>Acct: 0348 | 14,628.77 | 0.00 | 0.00 | 0.00 |
| | | | | 7,210.52 |
| **Priority** | | | | |
| FRANKLIN L ROBINSON JR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERT M. TAYLOR<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HILLS SD & PENN HILLS MUNIC (EIT<br>Acct: 9774 | 1,799.10 | 0.00 | 0.00 | 0.00 |
| FRANKLIN L ROBINSON JR ESQ<br>Acct: | 3,710.00 | 2,836.27 | 0.00 | 0.00 |
| FRANKLIN L ROBINSON JR ESQ<br>Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ROBERT M. TAYLOR | 1,535.00 | 1,535.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | *** N O N E *** | | | |
| **Unsecured** | | | | |
| ADT SECURITY SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4259 | | | | |
| AT&T MOBILITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9064 | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6981 | | | | |
| DUQUESNE LIGHT COMPANY* | 401.93 | 0.00 | 0.00 | 0.00 |
| Acct: 1992 | | | | |
| OAKMONT WATER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4220 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4587 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 383Y | | | | |
| LVNV FUNDING LLC | 469.26 | 0.00 | 0.00 | 0.00 |
| Acct: 8866 | | | | |
| LVNV FUNDING LLC | 267.35 | 0.00 | 0.00 | 0.00 |
| Acct: 2763 | | | | |
| ECMC(*) | 21,334.38 | 0.00 | 0.00 | 0.00 |
| Acct: 9774 | | | | |
| LVNV FUNDING LLC | 3,333.85 | 0.00 | 0.00 | 0.00 |
| Acct: 8310 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 222.14 | 0.00 | 0.00 | 0.00 |
| Acct: 9475 | | | | |
| THE BANK OF MISSOURI D/B/A FORTIVA | 211.45 | 0.00 | 0.00 | 0.00 |
| Acct: 0102 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 890.26 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| | *** N O N E *** | | | |

TOTAL PAID TO CREDITORS                                                                 7,210.52

```
TOTAL CLAIMED
   PRIORITY            1,799.10
   SECURED            29,492.55
   UNSECURED          27,130.62
```

Date: 02/13/2020

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com